**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00351-CV**
_____

**IN THE INTEREST OF A.J.N.**

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-10-14128-CV**

_____

**MEMORANDUM OPINION**

Andrew Narvaez appealed from a final order in a suit affecting the parent-child relationship, which the trial court signed on September 28, 2022. On January 25, 2023, and on February 28, 2023, the District Clerk notified the Court that Narvaez was not entitled to appeal without paying the required fee, and that he had failed to pay or to arrange to pay for the clerk's record in the appeal.

On January 25, 2023, we notified the parties the Clerk's Record had not been filed. The Clerk of the Ninth Court of Appeals notified the parties that the Court would dismiss the appeal if Narvaez failed to make the arrangements necessary to

1

pay the fee required to file the Clerk's Record or unless Narvaez provided the Court with sufficient reasons to explain why he needed more time to do so by February 27, 2023. *See* Tex. R. App. P. 37.3(b). After the Clerk warned the parties of the consequences of a failure to act, the Court received no response to its notice.

In the absence of a satisfactory explanation that justifies Narvaez's failure to arrange to pay for a Clerk's Record supporting his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 29, 2023
Opinion Delivered March 30, 2023

Before Golemon, C.J., Horton and Wright, JJ.